JACOB DIEHL, RESPONDENT, v. S. G. HULL AND C. H. HULL, APPELLANTS.

COMPLAINT—APPELLATE COURT.—Where an action is tried in the district court upon its merits, and a finding of facts is made and judgment rendered thereon, no exceptions being taken, the only question that will be considered by the supreme court is whether the complaint states facts sufficient to warrant the judgment.

APPEAL from the second judicial district, Ada county.

*A. Heed,* for the appellants.

*H. E. Prickett,* for the respondent.

LEWIS, J., delivered the opinion. NOGGLE, C. J., and KELLY, J., concurred.

This is an action of replevin, brought to recover certain personal chattels. Answer, general denial and plea of property in defendant. Judgment for plaintiffs and defendant appeals. No motion for a new trial was made in the court below, and no exceptions taken. The case was tried on its merits.

The only question before us for consideration is, whether the complaint states facts sufficient to warrant the judgment. The defendant it seems was of the opinion that the complaint was good, as he took issue thereon and went to trial on the facts. While it is not, perhaps, such a complaint as we would adopt for a precedent in like cases, still we think, taking the facts stated as a whole, that the judgment is fully warranted on the pleadings and findings of the court. The judgment of the district court is affirmed.